May 14, 2008

**Carroll-Lisa Malone**
**Plaintiff**

You Honor,

    I am requesting that the Court appoint an attorney to represent me in my E.E.O.C. civil case. I am making this request as I am financially unable to obtain an attorney on my own, as I am greatly in debt due to medical bills. I am also being treated for sever mental depression recurring, anxiety, panic disorder and agoraphobia. I have been on medications for these ailments since March 2007, and symptomatic since about Oct 2006. The stress of this situation has caused all this and the instability of my marriage, which now result in separation and/or divorce. This only adds to my medical and financial problems. Appointing an attorney will greatly help me with the stress of this case, as my ability to stay focused is impaired.

Thank you,,
Carroll-Lisa Malone

*Carroll Lisa Malone*

EEOC denied my claim for timeliness even though I had letters from CEO in Milford DE and Sen. Carper's office stating I was having trouble get through to file my complaint even with their assistance. They did this after seveal Months of Investigation. After Initally accepting my claim and the afore mentioned letters.

*Carroll Lisa Malone*