IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CARROLL-LISA A. MALONE,        )
                               )
         Plaintiff,            )
                               )
    v.                         )   Civil Action No.   08-280-GMS
                               )
SECRETARY HENRY M. PAULSON, JR.,)
                               )
         Defendant.            )

**ORDER**

At Wilmington this 22nd day of May, 2008, the court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that:

1. The application is DENIED based on plaintiff's annual income of $34,800.00  (D.I. 1)

2. The plaintiff shall pay the $350.00 filing fee within thirty days from the date this order is sent, or the case shall be dismissed.

_____
United States District Judge

FILED

MAY 2 2 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE