IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARROLL-LISA A. MALONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-280-GMS |
| | ) |
| SECRETARY HENRY M. PAULSON, JR., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 1st day of August, 2008, IT IS ORDERED that:

The plaintiff, Carroll-Lisa A. Malone ("Malone") was denied leave to proceed *in forma pauperis*. (D.I. 5.) On May 22, 2008, this court entered an order requiring Malone to pay the filing fee within thirty days from the date of the order or the case would be dismissed.

The time has lapsed and Malone has not complied with the court's May 22, 2008 order. Therefore, Malone's complaint is **dismissed without prejudice**.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

FILED

AUG - 1 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE